MEARS TECHNOLOGIES, INC.,
Plaintiff-Appellant

v.

FINISAR CORPORATION, Defendant-Cross-Appellant

2016-1485
2016-1503

United States Court of Appeals,
Federal Circuit.

January 11, 2017

GEORGE C. SUMMERFIELD, JR., Stadheim & Grear, Ltd., Chicago, IL, argued for plaintiff-appellant. Also represented by KYLE L. HARVEY, ROBERT M. SPALDING, CHRISTOPHER H. ST. PETER, ROLF STADHEIM.

DAVID C. RADULESCU, Radulescu LLP, New York, NY, argued for defendant-cross-appellant. Also represented by ROBIN M. DAVIS, MARIA GRANOVSKY, ETAI LAHAV, TIGRAN VARDANIAN.

(Dyk, Taranto, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**